IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LEE SIMMONS,<br><br>           Plaintiff,<br><br>vs.<br><br>GALENDO, et al.,<br><br>           Defendant(s).<br>_____ / | 1:07-cv-01000-LJO-WMW (PC)<br><br>ORDER TO SUBMIT CERTIFIED<br>COPY OF PRISON TRUST ACCOUNT<br>STATEMENT **OR** PAY FILING FEE |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

Page -1-

account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   July 24, 2007**             /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE