IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA LEE SIMMONS,

       Plaintiff,                   CV F 07 1000  LJO WMW P

   vs.                               ORDER DISMISSING ACTION

C/O GALENDO, et al.,

       Defendants.

       Plaintiff has filed a motion to voluntarily dismiss this action.  Plaintiff specifically requests that "I, Inmate Mr. Simmons under penaly to perjury would like to withdraw my 1983 complaint that was filed on 7-13-2007."  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff may dismiss his complaint on his own motion, so long as a responsive pleading has not been filed.  There has been no service of process, and no Defendant has entered an appearance.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.

   IT IS SO ORDERED.

Dated:   August 15, 2007             /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE